FILED BY ___ __

05 JUN 30 PM 3:35

# United States District Court
WESTERN DISTRICT OF TENNESSEE
Eastern Division

ROBERT R. DI TROLIO
CLERK OF U.S. DIST. CT
W D OF TN - JACKSON

WOODRIDGE TOWNHOMES, GP

v.

AUTO-OWNERS INSURANCE CO.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   05-1118-T/An

**Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 06/24/05, Plaintiff's motion to remand is GRANTED. This action is remanded to the Chancery Court of Madison County, Tennessee.

APPROVED:

_James D. Todd_
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

THOMAS M. GOULD
CLERK

6/30/05                    BY:   _Evelyn Cheairs_
DATE                              DEPUTY CLERK

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  07-01-05       .

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 1:05-CV-01118 was distributed by fax, mail, or direct printing on July 1, 2005 to the parties listed.

---

Charles Patterson
LAW OFFICES OF CHARLES PATTERSON
107 W. Main St.
Jackson, TN 38301

Arthur E. McClellan
MCCLELLAN POWERS EHMLING & DIX
116 Public Square
Gallatin, TN 37066

J. Kimbrough Johnson
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Honorable James Todd
US DISTRICT COURT